# United States District Court
# Southern District of New York

| | |
|---|---|
| Islam Mir | ) |
| Plaintiff | ) Civil Suit Under 15 U.S.C. 1125 |
| v. | ) (d) ("ACPA") |
| Josh@FBI.TF | ) |
| | ) Pro Se **18CV2384** |

## ACPA Suit

The Plaintiff brings this Civil Action against Josh @FBI.TF under the Anti-Cybersquatting Consumer Act, 15 U.S.C. 1125(d) ("ACPA")

## Court's Jurisdiction

The Court has Jurisdiction under 28 U.S.C. 1331 as a federal matter is involved.

## Forma Pauperis

The Plaintiff is a prisoner who is currently held at Metropolitan Detention Center in New York. The Plaintiff is Indigent thus requests this Honorable Court to waive filling fees under 28 U.S.C. 1915(d) (Prison Inmate Financial Statement attached)

## Process of Service

The Plaintiff requests the Court to allow issuance and service of process by Court officers, 28 U.S.C. 1915(c); Fed. R. Civ. P. 4(c)(2)(B)(i);

## Background

The Plaintiff was arrested on June 25, 2012 for access device fraud, he was on bail until 9/4/13. From 9/4/13, he was in Federal custody until his release on August 11, 2016. He was violated for supervised

release on Jan 17, 2017, which he has been in custody ever since.

## Factual Events

The Plaintiff owns the domain name "Grim.Com" on or about 2010 until It was hacked (some time during the period of plaintiff's first incarceration) The Plaintiff owns and maintains domain names under his Alias "Josh Matthews", the alias is in the Plaintiff's criminal file. The Plaintiff had Grim.com renewed for 10 years so he would not have to renew it every year.

During the Plaintiff's incarceration one of the plaintiff's domain expired (FBI.TF). The "Hacker" re-registered the domain and created the email Josh@FBI.tF (Any emails sent to it does not bounce back thus the email is active). The "Hacker" thus took over the Domain "Grim.com" as the email I used as to register the domain was Josh@FBI.TF. Emails were sent by the Plaintiff to "Josh@FBI.TF" but emails are ignored. (To try & recover the domain).

The "Hacker" did not change any of the information that I had used to register the domain, the register Data still contains my alias and my phone number as the owner:

Whois Registeration Data:
Josh Matthews
120 Nicolosi Dr.
Staten Island, New York
10312
3472911346
Josh@FBI.TF

There is no such person named "Josh Matthews" that lives or has ever lived in that address. I simply googled for a random New York Address and used it.

Relief

The Plaintiff requests that this Honorable Court grant an Injunction in regards to the domain "GRIM.COM" by ordering Name.com to transfer the domain name to the Plaintiff as the Plaintiff is the rightful owner.

As the "Hacker" did not change the owner information on the domain but rather choose to use the email to keep control, The Plaintiff asks the Court to provide Summary Judgement or default Judgement as the owner ("Josh Matthews") is the Plaintiff (under Alias) thus the Court Officers would be serving the Plaintiff himself.

I, The Plaintiff, Islam Mir declares under the Penalty of Perjury that all statements stated on this suit is true to the best of his knowledge and understanding.

Respectfully Submitted,

Mir Islam 67100054
Metropolitan Detention Center
80 29th st
Brooklyn, NY 11232

Mir Islam (Josh)
2040 bronxdale ave apt 4B
Bronx, NY 10462
Mother@hmail.com
9294222053

To Pro se Clerk:
Please send all documents to both addresses as BOP Constantly moves the Plaintiff and if he is moved, he will still get copy of any document from his family.

Submitted/Mailed
3/9/18

**Sensitive - When Completed**
**Privacy Act**

**United States Department of Justice**
**Federal Bureau of Prisons**
**Request for Withdrawal of Inmate's Personal Funds**

DO NOT PHOTOCOPY
BP - 199.045 - Dec 2002

Must use pen to shade circles like this: ●
Not like this: X   or this: ✓

Please charge to my account the sum of

Dollars: 400   Cents: 00

ATTENTION:
1) Both sides of this form must be completed.
2) All fields, except First Name and Address 2, are mandatory.

Note: Must put in leading zeros
For example, 00100.00 = $100.00

and authorize the same to be paid to:

Last Name or Company Name: US DISTRICT COURT
First Name:

Inmate Reg. No.: 67100054

Monthly Repeating Withdrawal
Begin Date (MM/YYYY): 03/2018
End Date (MM/YYYY):

Print Inmate Name: Mir Islam
Inmate Signature: [signature]
Purpose: Court filing fee
Approving Official:

Official Use Only
○ 1 The inmate's personal account has been charged in the amount indicated above.
○ 2
○ 3  Financial Mgt. _____ Institution _____
○ 4  Voucher No. _____
○ 5  Paid by Cash on _____  Payee Signature _____

Office Code

52325

Sensitive - When Completed
Privacy Act



**Address 1:** 500 Pearl St





**CITY:** New York
**STATE:** New York
**Zip Code:** 10007

**Address2 (Optional):**

DO NOT PHOTOCOPY



52325

# Inmate Statement

🖨 PRINT

| Inmate Reg #: | 67100054 | Current Institution: | Brooklyn MDC |
|---|---|---|---|
| Inmate Name: | ISLAM, MIR | Housing Unit: | BRO-K-C |
| Report Date: | 03/12/2018 | Living Quarters: | K05-829U |
| Report Time: | 8:55:07 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BRO | 3/10/2018 2:05:20 PM | TL0310 | | | TRUL Withdrawal | ($5.00) | | $75.85 |
| BRO | 3/10/2018 2:05:01 PM | TL032018 | | | Pre-Release Transaction | | $5.00 | -------- |
| BRO | 3/5/2018 8:18:07 AM | TL032018 | | | Pre-Release Transaction | | ($80.00) | -------- |
| BRO | 3/3/2018 12:58:39 PM | TL0303 | | | TRUL Withdrawal | ($10.00) | | $80.85 |
| BRO | 3/1/2018 3:02:05 PM | TL0301 | | | TRUL Withdrawal | ($5.00) | | $90.85 |
| BRO | 3/1/2018 9:20:38 AM | TFN0301 | | | Phone Withdrawal | ($20.00) | | $95.85 |
| BRO | 3/1/2018 8:44:17 AM | 1 | | | Sales | ($122.15) | | $115.85 |
| BRO | 2/27/2018 6:04:35 PM | 33318058 | | | Western Union | $150.00 | | $238.00 |
| BRO | 2/27/2018 6:04:35 PM | 33318058 | | | Pre-Release Transaction | | $0.00 | -------- |
| BRO | 2/23/2018 7:11:26 PM | TFN0223 | | | Phone Withdrawal | ($10.00) | | $88.00 |
| BRO | 2/23/2018 7:06:12 PM | TL0223 | | | TRUL Withdrawal | ($2.00) | | $98.00 |
| BRO | 2/23/2018 4:04:35 PM | 33318054 | | | Western Union | $100.00 | | $100.00 |
| BRO | 2/23/2018 4:04:35 PM | 33318054 | | | Pre-Release Transaction | | $0.00 | -------- |
| BRO | 2/21/2018 3:28:10 AM | TX022118 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| BRO | 2/9/2018 3:33:16 AM | TX020918 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| BRO | 1/10/2018 9:56:29 AM | TTLR0118 1 | | | TRUL Rev With Rel | $0.00 | | $0.00 |

Total Transactions: 16

Totals: $75.85   ($75.00)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BRO | $0.85 | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.85 |
| Totals: | $0.85 | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.85 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $250.00 | $174.15 | $52.34 | $238.00 | $59.56 | N/A | N/A |

*Josh Matthews Alias* (handwritten annotation)

## U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:12-cr-00810-KMW-1

Case title: USA v. Islam
Related Case: 1:18-cv-00735-KMW
Magistrate judge case number: 1:12-mj-01701-UA

Date Filed: 10/24/2012
Date Terminated: 03/14/2016

Assigned to: Judge Kimba M. Wood

### Defendant (1)

**Mir Islam**
TERMINATED: 03/14/2016
also known as
Robert Whitetaker
TERMINATED: 03/14/2016
also known as
Tjew
TERMINATED: 03/14/2016
also known as
JoshTheGod
TERMINATED: 03/14/2016
also known as
josh@obbanhost.com
TERMINATED: 03/14/2016
also known as
Josh Matthews
TERMINATED: 03/14/2016

represented by **Joshua Mcintire Paulson**
Law Ofice of Joshua M. Paulson
25 Broadway, 9th fl.
New York, NY 10004
646-760-5535
Fax: 917-591-6213
Email: paulson@jpaulsonlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**David Andrew Gordon**
David Gordon, Esq.(NYC)
148 East 78th Street
New York, NY 10075
(212) 772-6625
Fax: (914) 725-7516
Email: dgordon772@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Richard Palma**
Richard Palma Esq
11 Park Place, Suite 1715
New York, NY 10007
(212) 686-8111
Fax: (212)-202-7800
Email: rpalma@verizon.net
*TERMINATED: 04/04/2017*
*Designation: CJA Appointment*

### Pending Counts

18:1029A.F ATTEMPTED ACCESS
DEVICE FRAUD
(1s-2s)

### Disposition

Imprisonment: One day. Supervised
Release: 3 years on Counts 1s, 2s, 3s and 5s,
and 1 year on Count 4s, all to run
concurrently.

```
slam 67100054
9th st
oPolitan Detention Center         NEW YORK NY 100
Brooklyn                          13 MAR 2018 PM 11 L
klyn, NY
32
                Pro Se Clerk's office
                United States District Court
        USM   P3500 Pearl St
        SDNY  New York, NY 10007


    100078131E C014     ||||||||||||||||||||||||||||||||  Legal Mail
```